**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MICHAEL A. CRABTREE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil No. 1:21-cv-00121-DLF |
| | ) | |
| **STEWARD HEALTH CARE SYSTEM LLC** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S NOTICE OF**
**VOLUNTARY DISMISSAL WITH PREJUDICE**

      Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), respectfully notifies the Court that it hereby dismisses the Complaint against the Defendant with prejudice.  This Notice is made before either an answer or a motion for summary judgment has been filed by the Defendant.

                                 Respectfully submitted,

Dated:  April 26, 2022           **O'DONOGHUE & O'DONOGHUE LLP**
                                5301 Wisconsin Avenue, N.W., Suite 800
                                Washington, D.C. 20015
                                Telephone: (202) 362-0041
                                Facsimile: (202) 327-1200

              By:    /s/ Charles W. Gilligan
                        Charles W. Gilligan (Bar No. 394710)
                        *Attorney for the Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MICHAEL A. CRABTREE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 1:21-cv-00121-DLF** |
| | ) | |
| **STEWARD HEALTH CARE SYSTEM LLC** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice

has been filed using the Court's CM/ECF service and sent by email this 26th day of April, 2022 to:

Steward Health Care System LLC
Carl C. Scherz, Esq.
cscherz@lockelord.com

_____/s/ Charles W. Gilligan_____
Charles W. Gilligan (Bar No. 394710)